**TURNER CONSTRUCTION CO., INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant,**

and

**McCarthy/Hunt, JV, Defendant,**

and

**B.L. Harbert–Brasfield & Gorrie, JV, Defendant–Appellant.**

Nos. 2010–5146, 2010–5158.

United States Court of Appeals, Federal Circuit.

Sept. 20, 2010.

Before PROST, Circuit Judge.

## ON MOTION

### ORDER

B.L. Harbert–Brasfield & Gorrie, JV (Harbert–Gorrie) submits a motion seeking a stay, pending appeal, of the judgment of the United States Court of Federal Claims. Harbert–Gorrie further requests that the court enter an immediate temporary stay pending disposition of its motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Turner Construction Co., Inc. and the United States are directed to respond no later than September 27, 2010.

(2) Harbert–Gorrie's request for an immediate temporary stay, pending disposition of its motion for a stay, pending appeal, is denied.